Order entered October 22, 2012



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-12-00961-CV

### EMMANUEL & FRENCHELL SCOTT, Appellants

### V.

### EVERHOME MORTGAGE COMPANY, Appellee

**On Appeal from the County Court at Law No. 3**
**Dallas County, Texas**
**Trial Court Cause No. CC-11-06091-C**

## ORDER

The Court has before it appellee's October 9, 2012 motion to dismiss moot appeal. The Court **ORDERS** appellant to file a response to the motion within ten days of the date of this order. If appellant does not do so, this appeal may be dismissed without further notice.

_____
MOLLY FRANCIS
JUSTICE